LASSER HOCHMAN, L.L.C.
75 Eisenhower Parkway
Roseland, New Jersey 07068
(973) 226-2700 tel.
(973) 226-0844
Attorneys for Plaintiff
Day Village Limited Partnership
Richard L. Zucker (RZ 5435)

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAY VILLAGE LIMITED PARTNERSHIP, <br><br> Plaintiff, <br><br> v. <br><br> CW CAPITAL, L.L.C., <br><br> Defendant. | Civil Action No. : 06 CV 3424 (LTS)(HBP) <br><br> **SUPPLEMENT TO COMPLAINT AND JURY DEMAND** |

Plaintiff, Day Village Limited Partnership, a Maryland limited partnership, having an address at 18 East 22nd Street, New York, New York 10010, by way of supplement to its complaint against defendant CW Capital, L.L.C., per Court Order dated May 11, 2006, says:

**PARTIES AND JURISDICTION**

1. Plaintiff Day Village Limited Partnership is a Maryland limited partnership with a place for the transaction of business at 18 East 22nd Street, New York, New York 10010. Day Village Limited Partnership is the former owner of real property known as Day Village Apartments

and located at 503 Avondale Road, Dundalk, Maryland (the "Property"). The sole general partner of Day Village Limited Partnership is William S. Ehrlich who is a citizen of New York. The sole limited partner of Day Village Limited Partnership is Milton L. Ehrlich, Inc., which is a New York corporation with its principal place of business located at 18 East 22nd Street, New York, New York 10010. Thus, plaintiff Day Village Limited Partnership is a citizen of New York.

2. Defendant CW Capital L.L.C. is a Massachusetts limited liability company with a principal place of business located at One Charles River Place, 63 Kendrick Street, Needham, Massachusetts 02494.

3. The members of CW Capital, L.L.C. according to the records of the Secretary of the Commonwealth of Massachusetts, together with the citizenship of each such member, are as set forth below:

    a. Richard Dansereau, 1000 Place Jean-Paul-Riopelle Bureau A-300, Montreal, Quebec, Canada H2Z 2B6 CAN;

    b. Todd Schuster, One Charles River Place, 63 Kendrick St., Needham, Massachusetts 02494 USA;

    c. Michael D. Berman, One Charles River Place, 63 Kendrick St., Needham, Massachusetts 02494 USA;

    d. Line Lefebvre, 1000 Place Jean-Paul-Riopelle Bureau A-300, Montreal, Quebec, Canada H2Z 2B6 CAN;

    e. Sylvain Charpentier, 1000 Place Jean-Paul-Riopelle Bureau A-300, Montreal, Quebec, Canada H2Z 2B6 CAN.

2. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332 in that

both plaintiff and defendants are either citizens of different States or of a foreign state and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

LASSER HOCHMAN, L.L.C.<br>
Attorneys for Day Village<br>
Limited Partnership

Dated: May 11, 2006       By: ____s/ Richard L. Zucker____
                          RICHARD L. ZUCKER (RZ 5435)